# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:10cr142-MHT** |
| | ) | **(WO)** |
| **DEANDREW CORTEZ DAVIS** | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 29, 2011, this Court entered a Preliminary Order of Forfeiture (Doc. #77), forfeiting defendant Deandrew Cortez Davis's interest in the following property to the United States:  a Taurus International, model PT-25, .25 caliber pistol;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and

WHEREAS, the Court finds that defendant Deandrew Cortez Davis has an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and  Title 28, United States Code, Section 2461(c); and that the United States has established the requisite nexus between such property in the commission of the violations of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion for final order of forfeiture (doc. no. 85) is granted as follows:

1.	The following property is forfeited to the United States pursuant to Title 21,  United States Code, Section 853, Title 18, United States Code, Section 924(d), and  Title 28, United States

Code, Section 2461(c): a Taurus International, model PT-25, .25 caliber pistol, bearing serial number DTF28519.

2.      All right, title and interest to the property described above is condemned, forfeited and vested in the United States and shall be disposed of according to law.

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4.      The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 2nd day of December, 2011.


_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE